| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 9 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DEJUAN MARKEISS HOPSON,<br><br>      Plaintiff-Appellee,<br><br>  v.<br><br>JACOB ALEXANDER; BRANDON GRISSOM,<br><br>      Defendants-Appellants. | No.   21-16706<br><br>D.C. No. 2:20-cv-00128-SMB-DMF<br>District of Arizona, Phoenix<br><br>ORDER |

Before: RAWLINSON, BADE, and BRESS, Circuit Judges.

The motion of the National Police Accountability Project and the American Civil Liberties Union of Hawai'i and Arizona for leave to file an *amicus* brief, Dkt. 47, is GRANTED.