UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEJUAN MARKEISS HOPSON,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>JACOB ALEXANDER and BRANDON GRISSOM,<br><br>        Defendants - Appellants,<br><br> and<br><br>CHRISTEN ROPE; et al.,<br><br>        Defendants. | No. 21-16706<br><br>D.C. No. 2:20-cv-00128-SMB-DMF<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

The amicus brief submitted on August 8, 2023 by National Police Accountability Project, American Civil Liberties Union of Hawaii, and American Civil Liberties Union of Arizona is filed. No paper copies are required at this time.

                                      FOR THE COURT:

                                      MOLLY C. DWYER<br>
                                      CLERK OF COURT