|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 31 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DEJUAN MARKEISS HOPSON,

        Plaintiff-Appellee,

 v.

JACOB ALEXANDER; BRANDON GRISSOM,

        Defendants-Appellants,

 and

CHRISTEN ROPE; et al.,

        Defendants.

No. 21-16706

D.C. No. 2:20-cv-00128-SMB-DMF
District of Arizona, Phoenix

ORDER

Before: RAWLINSON, BADE, and BRESS, Circuit Judges.

Judge Rawlinson voted to grant the petition for panel rehearing and rehearing en banc. Judges Bade and Bress voted to deny the petition for panel rehearing and rehearing en banc. The petition for rehearing en banc was circulated to the judges of the Court, and no judge requested a vote for en banc consideration. Fed. R. App. P. 35. The petition for panel rehearing and rehearing en banc, Dkt. 46, is **DENIED**.