UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEJUAN MARKEISS HOPSON,<br><br>       Plaintiff - Appellee,<br><br> v.<br><br>JACOB ALEXANDER and BRANDON GRISSOM,<br><br>       Defendants - Appellants,<br><br> and<br><br>CHRISTEN ROPE; et al.,<br><br>       Defendants. | No. 21-16706<br><br>D.C. No. 2:20-cv-00128-SMB-DMF<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered June 16, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                  FOR THE COURT:

                                                  MOLLY C. DWYER
                                                  CLERK OF COURT